GERHART, APPELLANT, *v*. TATE, APPELLEE.

[Cite as Gerhart *v*. Tate (1987), 33 Ohio St. 3d 120.]

(No. 86-1540—Decided December 2, 1987.)

*Per Curiam.* The court of appeals dismissed for failure to state a claim upon which relief can be granted, apparently on the theory that appellant has an adequate remedy of law by appeal, delayed appeal, or post-conviction relief under R.C. 2953.21 to 2953.23. We affirm on the basis of *Noble* v. *McMaken* (1976), 45 Ohio St. 2d 236, 74 O.O. 2d 379, 344 N.E. 2d 129, in which this court held " 'that the availability of the post-conviction remedies provided by Sections 2953.21 to 2953.24, inclusive, Revised Code, is ground for denial of' a writ of habeas corpus," citing *Freeman* v. *Maxwell* (1965), 4 Ohio St. 2d 4, 33 O.O. 2d 2, 210 N.E. 2d 885, certiorari denied (1966), 382 U.S. 1017. Here, appellant offered no evidence of having exhausted his post-conviction remedies.

The judgment of the court of appeals is affirmed.

*Judgment affirmed.*

*Robert Gerhart, pro se.*

*Anthony J. Celebrezze, Jr.,* attorney general, and *Alexander G. Thomas,* for appellee.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.